# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143007 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACY CARMICHAEL,
      Defendant-Appellant.

SC: 143007
COA: 296095
Wayne CC: 09-022639-FH

_____/

On order of the Court, the application for leave to appeal the March 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to request grand jury transcript is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

p0829